Janice M. Bellucci, SBN 108911
LAW OFFICE OF JANICE M. BELLUCI
235 East Clark Avenue, Suite C
Santa Maria, California 93455
Tel:  805.896.7854
Fax:  805.349.8872
Email:  JMBellucci@aol.com

Attorney for Plaintiff FRANK LINDSAY

**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: 916.929.1481
Fax: 916.927.3706
Email:  tcassidy@porterscott.com

Attorneys for Defendant COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK LINDSAY, an individual, | CASE NO: 2:14-CV-1068 LKK-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SCHEDULING CONFERENCE** |
| v. | |
| COUNTY OF SACRAMENTO, an incorporated California County and DOES 1-10, inclusive, | Complaint Filed: 5/1/14 |
| Defendants. / | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANK LINDSAY and Defendant COUNTY OF SACRAMENTO by and through their undersigned Counsel, pursuant to Local Rules 143 as follows:

///

1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE SCHEDULING CONFERENCE**
{01287847.DOC}

1. The parties respectfully request that the District Court continue the Scheduling Conference currently set for July 28, 2014 at 2:30 p.m. for a date after August 11, 2014, based on good cause appearing as more fully set forth below.

2. As previously indicated in Defendant's Motion to Dismiss, the Sacramento County Board of Supervisors is calendared to vote to adopt the Ordinance repealing Chapter 6.130 of the Sacramento County Code on July 15, 2014. (See Doc. No. 7 at 9:4-23) The repealing of the Ordinance would substantially affect the status of the case and in the opinion of Defendants, would conclude the matter resulting in dismissal of the action.

3. Counsel for Defendant County of Sacramento has scheduling conflicts through August 11, 2014 but is available thereafter.

4. Wherefore, the parties respectfully submit that good cause exists to continue the Scheduling Conference for a minimum two weeks, and requests a date for the Scheduling Conference be calendared after August 11, 2014.

Respectfully submitted,

Dated: July 11, 2014         BARTLEY LAW OFFICES

                             By      /s/ Janice M. Belluci (as authorized)
                                 Janice M. Belluci
                                 Attorney for Plaintiff
                                 FRANK LINDSAY

Dated: July 11, 2014         PORTER SCOTT
                             A PROFESSIONAL CORPORATION

                             By      /s/ Taylor W. Rhoan
                                 Terence J. Cassidy
                                 John R. Whitefleet
                                 Taylor W. Rhoan
                                 Attorneys for Defendant
                                 COUNTY OF SACRAMENTO

///

///

**ORDER**

Having reviewed the above stipulation and good cause appearing therefore, IT IS HEREBY ORDERED that the Scheduling Conference, be continued to September 29, 2014 at 3:30 p.m..

IT IS SO ORDERED.

DATED: July 21, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT