**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Terence J. Cassidy, SBN 099180
Taylor W. Rhoan, SBN 294941
350 University Avenue, Suite 200
Sacramento, California 95825
Tel: (916) 929-1481
Fax: (9160 927-3706

Attorneys for Defendant COUNTY OF SACRAMENTO

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| FRANK LINDSAY, an individual, | CASE NO: 2:14-CV-1068 JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| COUNTY OF SACRAMENTO, an incorporated California County, and DOES 1 through 10, inclusive, | Complaint filed: 4/30/14 |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff FRANK LINDSAY and Defendant COUNTY OF SACRAMENTO, by and through their undersigned counsel, that this entire action including the complaint on file herein be dismissed with prejudice

///
///
///
///
///

{01298700.DOCX}   1
**STIPULATION FOR DISMISSAL AND ORDER**

pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear their own attorneys fees and costs.

                                              Respectfully submitted,

Dated: August 26, 2014         LAW OFFICES OF JANICE M. BELLUCI

                                     By    /s/ Janice M. Belluci
                                                 Janice M. Belluci
                                                 Attorney for Plaintiff

Dated: August 26, 2014         PORTER SCOTT
                                          A PROFESSIONAL CORPORATION

                                                 By    /s/ Terence J. Cassidy
                                                 Terence J. Cassidy
                                                 Taylor W. Rhoan
                                                 Attorneys for Defendant
                                                 COUNTY OF SACRAMENTO

                                                 **ORDER**

IT IS SO ORDERED.

DATED: 8/27/2014

                                                 /s/ John A. Mendez
                                                 Honorable John A. Mendez
                                                 Judge of the United States District Court for the
                                                 Eastern District of California

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706